IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| DALE THOMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 4:10-CV-26  CDL-MSH |
| | : | 42 U.S.C. § 1983 |
| PAUL MORRIS, DANE COLLINS, and | : | |
| JOHN DARR, | : | |
| | : | |
| Defendants. | : | |

_____

## REPORT AND RECOMMENDATION

On July 13, 2011, this Court issued an Order notifying Plaintiff that Defendants filed a motion to dismiss his Complaint and ordering Plaintiff to respond to said motion within thirty days.  (Order, July 13, 2011, ECF No. 21.)  Specifically, Defendants contend that Plaintiff's action should be dismissed for failure to prosecute his claims and for failure to comply with a court order requiring Plaintiff to advise the Court of any change in his address. (Br. in Supp. of Mot. to Dismiss 1-2, ECF No. 20.)  Plaintiff was advised by the Court that his remaining claims could be dismissed if he failed to comply with the Court's Order and respond to the Defendants' Motion to Dismiss.  (Order 1, July 13, 2011; *see also* Order for Service 2, March 3, 2010, ECF No. 4.)

Prior to the filing of Defendants' Motion to Dismiss, Plaintiff's case sat stagnant for over a year without any pleadings, motions, or updates from either party.  On July 21, 2011, the Court's Order to Respond was returned from Plaintiff's last known address as undeliverable.  (ECF No. 22.)  Plaintiff has failed to timely comply with the Order to

Respond.  Consequently, as Plaintiff was advised in that Order, the Court recommends dismissal of Plaintiff's Complaint without prejudice pursuant to Federal Rules of Civil Procedure Rule 41(b) for failure to prosecute and failure to comply with a court order.  *See* Fed. R. Civ. P. 41(b); *see also Betty K. Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (explaining that a court may *sua sponte* dismiss an action pursuant to Federal Rules of Civil Procedure Rule 41(b)); *Smith v. Bruster*, No. 10-12098, 2011 WL 1533448, at * 2 (11th Cir. Apr. 25, 2011) ("[T]he district court may *sua sponte* dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) if the plaintiff fails to comply with court rules or a court order.").

WHEREFORE, IT IS HEREBY RECOMMENDED that Defendants' Motion be granted Plaintiff's Complaint be dismissed without prejudice for failure to prosecute and for failure to comply with a court order.  Pursuant to 28 U.S.C. § 636(b)(1), Plaintiff may file objections to this Recommendation in writing with the UNITED STATES DISTRICT COURT within FOURTEEN (14) DAYS after being served with a copy hereof.

**SO RECOMMENDED** this 24th day of August, 2011.

S/ Stephen Hyles  
UNITED STATES MAGISTRATE JUDGE