```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

DALE THOMPSON,                       *

    Plaintiff                    *

vs.                                  *
                                              CASE NO. 4:10-CV-26 (CDL)
PAUL MORRIS, DANE COLLINS, and       *
JOHN DARR,
                                        *

    Defendants


<u>ORDER ON RECOMMENDATION OF DISMISSAL</u>

    This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on August 24, 2011. No objection has been filed to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 17th day of November, 2011.


                                              <u>s/Clay D. Land</u>
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE