```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION

DALE THOMPSON,                      *

        Plaintiff                   *

vs.                                 *
                                         CASE NO. 4:10-CV-26 (CDL)
PAUL MORRIS, DANE COLLINS, and      *
JOHN DARR,
                                    *
        Defendants
```

ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on August 24, 2011. No objection has been filed to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 17th day of November, 2011.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE